PORTFOLIO RECOVERY ASSOCIATES, LLC, Respondent, v JARED KING, Appellant.

Submitted January 1, 2010; decided February 11, 2010

Motion by AARP et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

---

ALEJANDRO ROSA, Appellant, v STATE OF NEW YORK, Respondent.

Submitted December 28, 2009; decided February 11, 2010

Motion for reargument denied [see 13 NY3d 856 (2009)].